BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 2:13-mj-0208 KJN |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING |
| v. | PRELIMINARY HEARING AND EXCLUDING TIME |
| LINDSEY MILLS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Lindsey MILLS, by and through his counsel Candace Fry, Esq., that good cause exists to extend the preliminary hearing currently set for August 6, 2013, at 2:00 p.m. to September 3, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the defendant will be provided an initial production of discovery within the next week, including surveillance evidence from the drug purchases alleged in the Criminal Complaint. In addition, the parties have engaged in initial discussions about a possible pre-indictment resolution. A

1

pre-indictment resolution could benefit the defendant by significantly reducing his possible sentencing exposure in this case. The co-defendant in this Criminal Complaint is a fugitive at this time and, therefore, he is not included in this stipulation and proposed order. For these reasons, the defendant agrees that a continuance of the preliminary hearing date will not prejudice him.

The parties further stipulate that the ends of justice are served by the Court excluding time from August 6, 2013, to September 3, 2013, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defense agrees that it needs time to review the discovery and engage in discussions with the government regarding resolution of the case against this defendant, effectively evaluate the posture of the case, and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case. Id. For these reasons, the defendant, defense counsel, and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: August 5, 2013  /s/Jason Hitt
JASON HITT
Assistant U.S. Attorney

DATED: August 5, 2013  /s/Jason Hitt for Ms. Fry
CANDACE FRY, ESQ.
Counsel for defendant
LINDSEY MILLS
Authorized to sign for Ms. Fry on 08-05-13

O R D E R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Mills</u>, Case No. 2:13-mj-00208 KJN, from August 6, 2013, to September 3, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from August 6, 2013, up to and including September 3, 2013.

**IT IS SO ORDERED.**

DATE: August 6, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE